# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| DENISE PAUL<br><br>    Plaintiff,<br><br>vs.<br><br>PEPPERIDGE FARM, INCORPORATED, a Connecticut Corporation doing business in CONNECTICUT<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:24-cv-04720<br><br>**NOTICE OF APPEAL**<br><br>United States Courts<br>Southern District of Texas<br>**F I L E D**<br><br>FEB 2 4 2025<br><br>Nathan Ochsner, Clerk of Court |

## NOTICE OF APPEAL

Notice is hereby given that Denise Paul appeals to the United States Court of Appeals for the Fifth Circuit of Appeal from the Final Order granting a motion to dismiss entered in this action dated January 24, 2025.

    Respectfully submitted,

    /s/ *Denise Paul*
    Denise Paul, *pro se*
    Address: 25007 S. Broken Bough
    Spring, TX 77380
    Email: dap26pfd@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document will be mailed on the date of filing to the following party at the addresses listed below:

Defendant PEPPERIDGE FARM, LLC
Defendant's Attorneys:
Daniel D McGuire (*Attorney-in-Charge*)
State Bar No. 24081282
McCall K Bauersfeld
Texas State Bar No 24116524
450 S. Denton Tap Rd. Suite 2211
Coppell, TX 75019
Telephone: (214) 295-7676
dan.mcguire@pierferd.com
mccall.bauersfeld@pierferd.com

and

Benjamin K. Jacobs (*pro hac vice*)
1650 Market St., Suite 3600
Philadelphia, PA. 19103
Telephone: (484) 509-0577
Benjamin.jacobs@pierferd.com
Date: January 23, 2025

/s/ *Denise Paul*

Denise Paul *pro se*
25007 S Broken Bough
Spring, TX 77380